B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court
### Northern District Of Illinois

In re __Christopher Holden__,          Case No. __10 B 09344__
           Debtor

                                        Chapter __7__

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐   IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☑   IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ __74.75__    Check one  ☐ With the filing of the petition, or
                          ☑ On or before __April 2, 2010__

$ __74.75__    on or before    May 3, 2010

$ __74.75__    on or before    June 2, 2010

$ __74.75__    on or before    July 2, 2010

☑   IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: __MAR 25 2010__

_Pamela S Hollis_
United States Bankruptcy Judge